April 20, 2007

Mr. Craig A. Jackson
Attorney at Law
P.O. Box 92043
Southlake, TX 76092

Sheriff Lupe Valdez
Sheriff of Dallas County, Texas
133 N. Industrial Boulevard
Dallas, TX 75207-4313
Mr. Jonathan Jay Bates
Pezzulli Kinser, L.L.P.
17304 Preston Road, Suite 700
Dallas, TX 75252

Honorable Kathleene Dennise Garcia
600 Commerce Street
Dallas, TX 75202

RE: Case Number: 06-0496
 Court of Appeals Number: 05-06-00778-CV
 Trial Court Number: 03-19101-V

Style: IN RE ALVIN GREEN

Dear Counsel:

 Today the Supreme Court of Texas delivered the enclosed per curiam
opinion in the above-referenced cause. Pursuant to Texas Rule of Appellate
Procedure 52.8(c), without hearing oral argument, the Court grants the
petition for writ of habeas corpus and orders relator discharged.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosures
|cc:|Ms. Lisa Matz|
| | |
| |Mr. Jim |
| |Hamlin |